# AFFIDAVIT IN SUPPORT OF APPLICATION FOR CRIMINAL COMPLAINT

I, Jonathan A. Duquette, being first duly sworn, hereby state as follows:

## INTRODUCTION AND INVESTIGATOR BACKGROUND

1. I make this affidavit in support of an application for a criminal complaint charging Brian Dennison with transmitting a threatening interstate communication, in violation of 18 U.S.C. § 875(c).

2. I am a Task Force Officer with the Federal Bureau of Investigation (FBI). I have been in this position since June 2015, and I have been a Task Force Officer in FBI's Boston Division since January 2018. I am also a Border Patrol Agent with the U.S. Border Patrol and have been in this position since December 2009. In my career, I have utilized various investigative tools and techniques, to include the use of search warrants.

3. I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for federal criminal offenses.

4. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint. The facts set forth in this affidavit are based upon my personal knowledge, information obtained during my participation in this investigation including information provided by other investigators, my review of documents and computer records related to this investigation, and information gained through my training and experience.

## PROBABLE CAUSE

5. On September 8, 2021, I obtained search warrants for the apartment above the garage at 86 Fogg Road in Buxton, Maine, and for the person of Brian Dennison. A copy of my affidavit in support of the warrants is attached as Exhibit 1 and incorporated here. On September

9, 2021, I obtained a second search warrant for the apartment above the garage at 86 Fogg Road, and search warrants for a 2016 Dodge Charger and for the residence at 86 Fogg Road. A copy of my affidavit in support of these warrants is attached as Exhibit 2 and incorporated here.

6. Among the items seized from Brian Dennison's apartment under the September 8 search warrant was an iPhone 11. The phone was powered on when investigators located.

7. FBI Task Force Officer Maurice Drouin, who has received specialized training in the forensic analysis of cell phones and other electronic devices, analyzed the iPhone 11 seized from Dennison's apartment. I have spoken with Drouin regarding his analysis and reviewed a report he has generated describing his findings.

8. According to Drouin's report, the Apple ID associated with the iPhone is briandennison9@gmail.com, and the device name is "Brian's iPhone." In reviewing Drouin's report, I found several items demonstrating that Brian Dennison is the individual who posted the threat on Twitter on September 8 as the user "Ma1lus." First, I found an instant message sent from +140404 to briandennison93707 via TextMe on September 8, 2021, at 9:23:38 a.m. (UTC-4).[1] Publicly available information on Twitter's website indicated that 40404 is a "short code" number belonging to Twitter. The message read, "Your Twitter confirmation code is 220485." As I noted in Paragraph 10 of Exhibit 1, the TextMe username briandennison93707 is associated with telephone number 508-402-2741, which in turn is the telephone number associated with the Twitter username Ma1lus.[2]

---

[1] All of the times I mention in this affidavit are in UTC-4, which is the time currently being observed in the Eastern Time Zone as Eastern Daylight Time.

[2] In Paragraph 10 of Exhibit 1, I stated that the email address associated with the TextMe username briandennison93707 was briandennison@gmail.com. That was the result of a transcription error. According to the information provided by TextMe, the email address associated with the username is actually briandennison9@gmail.com, the same email address that is the Apple ID for the iPhone 11.

9. In reviewing Drouin's report, I also found several images pertaining to the threat Ma1lus posted. One image appeared to be a screenshot that included the posted threat itself:



I recognize this as a screenshot from within the Twitter iPhone application. According to file information associated with the image, it was created on September 8, 2021, at 9:27:04 a.m. The image was deleted on September 8, 2021, at 11:53:06 p.m., a few hours after we left 86 Fogg Road on September 8. Although it was deleted, Drouin was still able to recover it from the phone using specialized forensic software.

10. I also found another image, this one just of the posted threat:



File information associated with the image showed that it was created on September 8 at 9:27:13 a.m., several seconds after the image discussed in Paragraph 9 was created.

11. Finally, application usage logs on the iPhone showed that the Twitter application had been used on the phone on September 8 between 9:23:31 a.m. and 9:27:05 a.m., and between 9:27:13 a.m. and 10:13:07 a.m.

## CONCLUSION

12. Based on the forgoing, I submit that probable cause exists to believe that on September 8, 2021, Brian Dennison knowingly and willfully transmitted in interstate commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c). I respectfully request that the Court issue a criminal complaint charging him with this offense.

Dated at Portland, Maine this 13th day of September, 2021.

Jonathan A. Duquette
Task Force Officer
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Sep 13 2021

City and state: Portland, ME

Judge's signature

John H. Rich III, U.S. Magistrate Judge
Printed name and title