# EXHIBIT 2

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATIONS

I, Jonathan A. Duquette, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.  I make this affidavit in support of applications under Rule 41 of the Federal Rules of Criminal Procedure for the following search warrants:

    a.  A warrant to search the separate apartment above the garage at 86 Fogg Road in Buxton, Maine, further described in Attachment A1, for the things described in Attachment B1;

    b.  A warrant to search a gray 2016 Dodge Charger, bearing Maine license plate number 5627 YD, presently located at 86 Fogg Road in Buxton, Maine and further described in Attachment A2, for the things described in Attachment B2; and

    c.  A warrant to search the residence at 86 Fogg Road in Buxton, described in Attachment A3, for the limited purpose of seizing three firearms and associated magazines and ammunition, described in Attachment B3.

2.  I am a Task Force Officer with the Federal Bureau of Investigation (FBI). I have been in this position since June 2015, and I have been a Task Force Officer in FBI's Boston Division since January 2018. I am also a Border Patrol Agent with the U.S. Border Patrol and have been in this position since December 2009. In my career, I have utilized various investigative tools and techniques, to include the use of search warrants.

3.  I am an investigative or law enforcement officer of the United States within the meaning of Section 2510(7) of Title 18, United States Code, and am empowered by law to conduct investigations of and to make arrests for federal criminal offenses. I also am a "federal

law enforcement officer" within the meaning of Rule 41 of the Federal Rules of Criminal Procedure.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant.

5. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that violations of 18 U.S.C. § 875(c) (threatening interstate communications) have been committed by Brian Dennison. I submit that there is also probable cause to search the locations described in Attachments A1, A2 and A3 for evidence of this crime, further described in Attachments B1, B2 and B3.

## PROBABLE CAUSE

6. On September 8, 2021, I swore out search warrant applications for the apartment above the garage at 86 Fogg Road in Buxton and for the person of Brian Dennison. My affidavit sworn in support of both applications is attached as Exhibit 1 and incorporated here.

7. On September 9, 2021, other law enforcement agents and I arrived at 86 Fogg Road in Buxton to execute the search warrants. I observed that a gray Dodge Charger was parked next to the residence, as depicted in the following photograph:



8.     As noted in Exhibit 1, the threat that was posted to Twitter on September 8 stated that the Twitter user @Ma1lus was "going to kill Jews with my ar15 tomorrow." In an interview with Brian Dennison's parents, Florice and John Dennison, they told us that Brian owned a few pistols and rifles, including an AR-15 style rifle.

9.     I learned from Florice Dennison that after we left 86 Fogg Road on September 8, Brian Dennison gave three firearms to his parents. There were no AR-15 style rifles among those firearms, however. When we encountered Brian Dennison on September 9, he refused to tell us anything about the location of any AR-15 style rifles he possessed.

10.    Florice Dennison permitted me to observe and photograph the three firearms that Brian Dennison had given to her on the evening of September 8. They were located in the master

bedroom of the residence. I observed the following firearms:

    a.    A Beretta BU9 Nano black handgun, bearing serial number NU13995;

    b.    A Ruger model SR1911 Nickel handgun with red and black grips, bearing serial number 672-52132; and

    c.    A CMMG Banshee MkGs handgun with a brace, flashlight and optic, bearing serial number TTB01208.

Each of the firearms also had magazines and ammunition with them. Photographs of the firearms, magazines and ammunitions are at Attachment B3.

    11.    Agents executing the warrant for Brian Dennison's apartment, above the garage at 86 Fogg Road, found large amounts of both .223 caliber and 5.56 mm ammunition. In my training and experience, I know that both types of ammunition are commonly paired with AR-15 style rifles. Rifles with a 5.56 mm chamber can shoot both 5.56 mm and .223 rounds. However, the converse is not true; a rifle with a .223 chamber cannot be used to shoot 5.56 mm rounds. Based on this, I believe that any AR-15 style rifles Brian Dennison owns are likely chambered for 5.56 mm ammunition.

    12.    Investigators also observed other types of ammunition in the apartment, including .45 caliber and 9 mm ammunition designed to be used with handguns. This ammunition appears consistent with the three firearms that Brian Dennison gave to his mother on September 8.

    13.    Although the search warrants I obtained on September 8 sought only to seize AR-15 style firearms, I believe that probable cause exists to believe that any firearms belonging to Brian Dennison are properly considered evidence of the crime under investigation. The threat posted to Twitter mentioned that the user @Ma1lus was building a pipe bomb, and was going to kill Jews with an "ar15." The individual who posted the threat therefore expressed a willingness to use a variety of destructive devices to commit acts of violence. Although the possession of

firearms by itself obviously does not indicate that an individual intends to commit acts of violence, in the present context, in which it appears Brian Dennison threatened to kill Jews with a firearm and indicated he was building an explosive device, firearms belonging to Dennison other than AR-15 style rifles are properly considered evidence of the threat under investigation.

14. Similarly, the warrants for which I am applying seek to seize all types of ammunition, not only the .223 or 5.56 ammunition commonly used in AR-15 style weapons. For the reasons stated above, I submit that ammunition in any caliber is in this particular context properly considered evidence of the crime under investigation.

15. Maine Bureau of Motor Vehicles information shows that a gray 2016 Dodge Charger, bearing license plate 5627 YD, is registered to Brian Dennison at 86 Fogg Road in Buxton. Florice Dennison also confirmed on September 9 that Dennison is the registered owner and driver of the Charger. She did note that she is also on the title for the vehicle.

16. In my training and experience, I know that motor vehicles are commonly used by individuals to store a variety of items, including firearms. Motor vehicles are a common secondary storage location, particularly for items that an individual does not wish to store in his or her residence. I note as well that when we spoke with Brian Dennison on September 8, the subject of AR-15 rifles came up. He therefore was aware that law enforcement had an investigative interest in any such firearm that he possessed. He had the opportunity to move items from his apartment to his car between the time we spoke to him on September 8 and when we arrived to execute the search warrants on September 9.

## CONCLUSION

17. Based on the foregoing, I believe that there is probable cause to believe that violations of 18 U.S.C. § 875(c) have occurred, and that the evidence and instrumentalities of these offenses, more fully described in Attachments B1, B2 and B3, are located at the locations described in Attachments A1, A2 and A3. I respectfully request that the Court issue search warrants for the locations described in Attachments A1, A2 and A3, authorizing the seizure and search of the items described in Attachments B1, B2 and B3.

Dated at Portland, Maine this 9th day of September, 2021.

Jonathan A. Duquette
Task Force Officer
Federal Bureau of Investigation

Sworn to telephonically and signed electronically in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure

Date: Sep 09 2021

City and state: Portland, ME

Judge's signature

John H. Rich III, U.S. Magistrate Judge
Printed name and title