## UNITED STATES v. BRIAN DENNISON

## <u>SYNOPSIS – COMPLAINT</u>

| | | |
|---|---|---|
| **Name:** | Brian Dennison | |
| **Address:**<br>**(City & State Only)** | Buxton, Maine | |
| **Year of Birth and Age:** | 1996 (24 years old) | |
| **Violations:** | Count 1: | Transmitting threatening interstate communication.<br>18 U.S.C. § 875(c). |
| **Penalties:** | Count 1: | Class D felony. Not more than 5 years imprisonment, and/or not more than a $250,000 fine.<br>18 U.S.C. § 875(c). |
| **Supervised Release:** | Count 1: | Not more than 3 years.<br>18 U.S.C. § 3583(b)(2). |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Count 1: | Not more than 2 years.<br>18 U.S.C. § 3583(e)(3). |
| **Maximum Additional Term of Supervised Release for Violation of Supervised Release:** | Count 1: | Not more than 3 years less term of imprisonment imposed upon revocation.<br>18 U.S.C. § 3583(h). |
| **Defendant's Attorney:** | Thomas Hallett, Esq. | |
| **Primary Investigative Agency and Case Agent Name:** | FBI<br>Task Force Officer Jonathan A. Duquette | |
| **Detention Status:** | Probable cause arrest was made on 9/11/2021, detention motion to be filed. | |
| **Foreign National:** | No | |
| **Foreign Consular Notification Provided:** | N/A | |
| **County:** | York | |

| | |
|---|---|
| **AUSA:** | Craig M. Wolff |
| **Guidelines apply?  Y/N** | Yes |
| **Victim Case:** | No |
| **Corporate Victims Owed Restitution:** | N/A |
| **Assessments:** | $100.<br>18 U.S.C. § 3013(a)(2)(A). |