# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:21-mj-00237-JHR** |
| | ) | |
| **BRIAN DENNISON** | ) | |
| | ) | |

## <u>MOTION FOR DETENTION</u>

The United States moves for pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142.

1.   <u>Eligibility of Case</u>.   This case is eligible for a detention order because the case involves (check all that apply):

_____   Conditions requiring a temporary detention order (18 U.S.C. § 3142(d))

_x_   Crime of violence (18 U.S.C. § 3156)

_____   Maximum sentence life imprisonment or death

_____   10+ year drug offense

_____   Felony, with two prior convictions in above categories

_____   Felony that involves a minor victim or possession/use of firearm, destructive device or other dangerous weapon

_____   Felony that involves a failure to register under 18 U.S.C. § 2250

_____   Serious risk defendant will flee

_____   Serious risk of obstruction of justice

2.   <u>Reasons for Detention</u>.

(i)   <u>Temporary Detention</u>.   _____

       (ii)    <u>Other Than Temporary Detention</u>.   The Court should detain the defendant because no conditions of release will reasonably assure (check one or both):

      <u>    </u> Defendant's appearance as required

      <u> x </u> Safety of any other person and the community

    3.    <u>Rebuttable Presumption</u>.   The rebuttable presumption under 18 U.S.C. § 3142(e)(3)(E) does not apply in this case.

    4.    <u>Date of Detention Hearing</u>.   The United States requests the Court to conduct the detention hearing:

      <u>    </u> At first appearance

      <u> x </u> After continuance of 3 days (not more than 3).

    5.    <u>Length of Detention Hearing</u>.   The United States estimates that it will require 2 hours to present its case for detention.

    6.    <u>Other Matters</u>. _____

Dated in Portland, Maine this 13th day of September, 2021.

                         <u> /s/ Craig M. Wolff           </u>
                         Craig M. Wolff
                         Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 13, 2021, I electronically filed this **Motion for**

**Detention** with the Clerk of Court using the CM/ECF system, which will send notice to the

following:

**Thomas Hallett, Esq.**
**thallett@hww.law**

DONALD E. CLARK
ACTING UNITED STATES ATTORNEY


  /s/ Craig M. Wolff
Assistant United States Attorney
United States Attorney's Office
100 Middle Street
6th Floor, East Tower
Portland, Maine 04101
(207) 780-3257
craig.wolff@usdoj.gov