# United States District Court

## ——— District of Maine ———

UNITED STATES OF AMERICA

v.

BRIAN DENNISON,

        Defendant

**ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT**

**No. 2:21-mj-00237-JHR**

It is **ORDERED** that a combined preliminary examination and detention hearing in this matter is continued to Thursday, September 16, 2021, at 11 a.m. before John H. Rich III, United States Magistrate Judge, 156 Federal Street, Portland, Maine.  Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated:  September 14, 2021.

/s/ John H. Rich III
United States Magistrate Judge