# UNITED STATES DISTRICT COURT
## District of Maine

### Witness List

| Case Name:  USA v. Brian Dennison<br>Case No.:  2:21-mj-237-JHR | | Proceeding Type:<br>Detention Hearing |
|---|---|---|
| Presiding Judge:  John H. Rich III | Government's Attorney:<br><br>Craig M. Wolff, AUSA | Defendant's Attorney:<br><br>Thomas F. Hallett, Esq. |
| Courtroom Deputy:  Nicholas Gordon | | |
| Court Reporter:  Lori Dunbar | | |

| Gvt | Dft | Date | WITNESS |
|---|---|---|---|
| X | | 9/16/2021 | Jonathan Duquette |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |